<u>NOT FOR PUBLICATION</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

_____
:
RICHARD GORDON,                       :
:
       Plaintiff,                  :
:  Civ. No. 09-911 (GEB)
       v.                          :
:  **PRETRIAL**
TEXACO MARINE SERVICES, INC. ET AL.,  :  **SCHEDULING**
:  **ORDER NO. 3**
       Defendants.                 :
_____:

**<u>BROWN, Chief Judge</u>**

    Pursuant to the teleconference held today before the Court;

    IT IS THIS 4th day of August, 2011, hereby

    ORDERED that Plaintiff's motion *in limine* (Doc. No. 61) regarding Plaintiff's prior claims and possible prior drug use is GRANTED, but that the Court reserves judgment on the balance of that motion regarding the "collateral source" issue, which the parties shall continue to brief according to the Court's prior scheduling orders;

    ORDERED that the previously scheduled dates for: (1) submission of the proposed final pretrial order; (2) the final pretrial conference; and (3) the trial date are all ADJOURNED;

    ORDERED that the parties shall appear before the Court at 10 a.m. on August 29, 2011, in Courtroom 4E of the Clarkson S. Fisher United States Courthouse, Trenton, N.J., for oral argument regarding all pending motions *in limine*;

    ORDERED that the Clerk of the Court shall refer this case to the Hon. Tonianne J. Bongiovanni, U.S.M.J. to preside over settlement discussions;

ORDERED that the parties shall ascertain their settlement positions with all deliberate speed, and once ascertained, immediately confer with Judge Bongiovanni and schedule an expedited date for a settlement conference, if settlement appears reasonably practicable;

ORDERED that if after ascertaining their settlement positions, one or all parties assert that settlement is not reasonably practicable, the parties shall immediately so inform this Court and Judge Bongiovanni by letter sent via facsimile on notice to all parties.

/s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.